E-Filed 1/3/13*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

RICHARD EARL GEORGE,

    Plaintiff,

    v.

R. REYNOSO, et al.,

    Defendants.

No. C 11-0876 RS (PR)

**ORDER REQUESTING BRIEFING FROM PLAINTIFF ON HIS MOTION FOR THE APPOINTMENT OF COUNSEL**

Plaintiff requests counsel to assist him at a court-ordered settlement conference with defendants. (Docket No. 74.) According to plaintiff, he requires such assistance because he is a mute and has hearing problems, making it difficult to communicate and understand. Before the Court can rule on such a request — or determine if another sort of assistance would be more appropriate — further briefing is requested on the state of plaintiff's ability to communicate and understand.

Accordingly, plaintiff shall file within 30 days from the date of this order, a short letter brief, explaining in detail his ability to communicate with others, and what forms of assistance he needs to be able to do so. Plaintiff shall specifically address whether he is able to communicate using American Sign Language. **If plaintiff fails to file such briefing**

**United States District Court**
For the Northern District of California

**within 30 days, the Court will deny summarily (and with prejudice) his motion for the appointment of counsel.**  Defendants are granted 30 days to respond to plaintiff's briefing.

The settlement conference set for February 7, 2013 is hereby VACATED.  The settlement conference shall be rescheduled within 90 days after the disposition of plaintiff's motion.  The settlement proceedings will consist of one or more conferences as determined by Judge Vadas.  Judge Vadas shall coordinate a time and date for the conferences with all interested parties and/or their representatives and, within 120 days after the conclusion of the settlement conference, file a report regarding the proceedings.  **Plaintiff must attend all conferences scheduled by Judge Vadas.  Failure to attend even one conference may result in the dismissal of this action with prejudice pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute.**  The Clerk shall forward a copy of this order to Judge Vadas's chambers.

**IT IS SO ORDERED**.

DATED:  January 3, 2013

_____
RICHARD SEEBORG
United States District Judge