United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

RICHARD EARL GEORGE,

    Plaintiff,

v.

R. REYNOSO, et al.,

    Defendants.

_____/

No. 3:11-CV-00876 RS (NJV)

ORDER VACATING STATUS CONFERENCE

On November 19, 2012, Plaintiff filed a motion for appointment of counsel. (Docket no. 74.) On January 3, 2013, District Judge Richard Seeborg entered an order requesting further briefing on Plaintiff's motion. (Docket no. 77.) In that order, District Judge Seeborg also vacated the settlement conference set in this case for February 7, 2013. *Id*. Therefore, the status conference set in this case for January 29, 2013, is also vacated. In accordance with District Judge Seeborg's order, the settlement conference and related status conference will be rescheduled after the resolution of Plaintiff's motion for appointment of counsel.

IT IS SO ORDERED.

Dated: January 4, 2013

                                          _____
                                          NANDOR J. VADAS
                                          United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

RICHARD EARL GEORGE,

    Plaintiff,

v.

R. REYNOSO, et al,

    Defendants.
                               /

No. 3:11-CV-00876 RS (NJV)

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on January 4, 2013, I served a true and correct copy of the attached by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Richard Earl George
H 56048
R.J. Donovan Correctional Facility
P.O. Box 799001
San Diego, CA 92179


Dated: January 4, 2013

                                        /s/ *Linn Van Meter*
                                          Linn Van Meter
                                      Administrative Law Clerk to the
                                      Honorable Nandor J. Vadas