UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| RICHARD EARL GEORGE, | No. 3:11-CV-00876 RS (NJV) |
| Plaintiff, | |
| v. | ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM |
| R. REYNOSO, et al., | |
| Defendants. | |

It is hereby ordered that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum for the person of RICHARD EARL GEORGE, inmate no. H56048, presently in custody at Kern Valley State Prison, as the presence of said witness will be necessary at proceedings in the above-entitled cause and thereafter as may be required

Dated: April 25, 2013

_____
NANDOR J. VADAS
United States Magistrate Judge

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO: Warden, Kern Valley State Prison

<u>GREETINGS</u>

WE COMMAND that you have and produce the body of RICHARD EARL GEORGE, inmate no. H56048, in your custody in the hereinabove-mentioned institution, before the United States District Court at Solano State Prison, Vacaville, California, on June 13, 2013, at 9:00 a.m. in order that said

prisoner may then and there participate in the SETTLEMENT CONFERENCE in this matter, and at the termination of said hearing return him forthwith to said hereinabove-mentioned institution, or abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings for which his testimony is required in this Court;

Witness the Honorable Nandor J. Vadas, Magistrate Judge of the United States District Court for the Northern District of California.

Dated: April 25, 2013

RICHARD WIEKING
CLERK, UNITED STATES DISTRICT COURT

By: Linn Van Meter
    Administrative Law Clerk

Dated: April 25, 2013



_____
NANDOR J. VADAS
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

RICHARD EARL GEORGE,

    Plaintiff,

v.

R. REYNOSO, et al,

    Defendants.

No. 3:11-CV-00876 RS (NJV)

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on April 25, 2013, I served a true and correct copy of the attached and a copy of document number no. 91, Order Setting Settlement Conference, by placing said copies in a postage paid envelope addressed to the persons listed below, and by depositing said envelope in the U.S. Mail.

Richard Earl George
H56048
Kern Valley State Prison
PO Box 6000
Delano, CA 93216-6000

Litigation Coordinator Will Adams
Kern Valley State Prison
PO Box 6000
Delano, CA 93216-6000
(by fax also)

Dated: April 25, 2013

    /s/ *Linn Van Meter*
    Linn Van Meter
    Administrative Law Clerk to the
    Honorable Nandor J. Vadas