KAMALA D. HARRIS
Attorney General of California
DAMON G. MCCLAIN
Supervising Deputy Attorney General
SHARON A. GARSKE
Deputy Attorney General
State Bar No. 215167
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-1179
 Facsimile:  (415) 703-5843
 E-mail:  Sharon.Garske@doj.ca.gov
*Attorneys for Defendants*
*Reynoso and Tapia*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| RICHARD EARL GEORGE,<br><br>                          Plaintiff,<br><br>     v.<br><br>R. REYNOSO, et al.,<br><br>                          Defendants. | Case No. C 11-0876 RS (PR)<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**<br>**(Fed. R. Civ. P. 41(a)(1)(A)(ii))** |

Plaintiff Richard Earl George and Defendants R. Reynoso and D. Tapia have resolved this case in its entirety. Therefore, the parties stipulate to a dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Each party shall bear its own litigation costs and attorney's fees.

It is so stipulated.

Dated: 6/13/13                                                           *Richard Earl George*
                                                                                  Plaintiff
                                                                                  Richard Earl George

1

Dated: 6/13/2013

*(signature)*
Sharon A. Garske
Deputy Attorney General
California Attorney General's Office
*Attorney for Defendants*
*Reynoso and Tapia.*

In accordance with the parties' stipulation, this action is dismissed with prejudice. The Clerk of the Court shall close the file. **IT IS SO ORDERED.**

Dated: 6/20/13

*(signature)*
The Honorable Richard G. Seeborg

SF2011203605
20701329.doc

2

Stip. Voluntary Dismissal [Fed.R.Civ.P. 41(a)(1)(A)(ii)] (C 11-0876 RS (PR))