1

2

3

4

5                                    UNITED STATES DISTRICT COURT

6                                 NORTHERN DISTRICT OF CALIFORNIA

7                                          EUREKA DIVISION

8

9

10   RICHARD EARL GEORGE,                              No. 3:11-CV-00876 RS (NJV)

11              Plaintiff,
                                                       ORDER CONTINUING
12                                                     STATUS CONFERENCE

          v.
13
     R. REYNOSO, et al.,
14
                Defendants.
15   _____/

16

17        On September 3, 2013, Defendants filed a settlement status update and request for a continuance

18   of the scheduled status conference.  Doc. 99.  Good cause appearing, Defendants' request is HEREBY

19   GRANTED.  The telephonic status conference set for September 17, 2013, is HEREBY CONTINUED

20   to 10:00 am on October 22, 2013.

21   IT IS SO ORDERED.

22

23
     Dated:  September 4, 2013
24                                                     _____
                                                       NANDOR J. VADAS
25                                                     United States Magistrate Judge

26

27

28

**United States District Court**
For the Northern District of California

United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

RICHARD EARL GEORGE,

        Plaintiff,

v.

R. REYNOSO, et al,

        Defendants.

No. 3:11-CV-00876 RS (NJV)

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on September 4, 2013, I served a true and correct copy of the attached by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Richard Earl George
H 56048
R.J. Donovan Correctional Facility
P.O. Box 799001
San Diego, CA 92179

Dated: September 4, 2013

/s/ *Linn Van Meter*
Linn Van Meter
Administrative Law Clerk to the
Honorable Nandor J. Vadas

2