UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| RICHARD EARL GEORGE, | No. 3:11-CV-00876 RS (NJV) |
|     Plaintiff, | |
| v. | ORDER CONTINUING STATUS CONFERENCE |
| R. REYNOSO, et al., | |
|     Defendants. | |

On September 3, 2013, Defendants filed a settlement status update and request for a continuance of the scheduled status conference. Doc. 99. Good cause appearing, Defendants' request is HEREBY GRANTED. The telephonic status conference set for September 17, 2013, is HEREBY CONTINUED to 10:00 am on October 22, 2013.

IT IS SO ORDERED.

Dated: September 4, 2013

_____
NANDOR J. VADAS
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

RICHARD EARL GEORGE,

    Plaintiff,

v.

R. REYNOSO, et al,

    Defendants.

No. 3:11-CV-00876 RS (NJV)

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on September 4, 2013, I served a true and correct copy of the attached by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Richard Earl George
H 56048
R.J. Donovan Correctional Facility
P.O. Box 799001
San Diego, CA 92179

Dated: September 4, 2013

          /s/ *Linn Van Meter*
          Linn Van Meter
          Administrative Law Clerk to the
          Honorable Nandor J. Vadas